# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Maria De Jesus Harber, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Commissioner of Social Security, | ) | |
| | ) | Case No. 1:18-cv-201 |
| Defendant. | ) | |

Before the court is a motion for attorney Edward A. Wicklund to appear *pro hac vice* on the plaintiff's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Edward A. Wicklund has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 2) is **GRANTED**. Attorney Edward A. Wicklund is admitted to practice before this court in the above-entitled action on behalf of the plaintiff.

**IT IS SO ORDERED.**

Dated this 11th day of October, 2018.

                                                           */s/ Charles S. Miller, Jr.*
                                                           Charles S. Miller, Jr.
                                                           United States Magistrate Judge