# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| Maria De Jesus Harber, | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Nancy A. Berryhill, Acting Commissioner of Social Security, | ) | Case No. 1:18-cv-201 |
| Defendant. | ) | |

Before the court is defendant's "Motion to Stay in Light of Lapse of Appropriations." It requests that the court stay this action until appropriations are restored to the applicable Government agencies.

The court **GRANTS** defendant's motion (Doc. No. 10). The above-entitled action is stayed until appropriations are restored and Department of Justice attorneys are permitted to resume their usual civil litigation functions.

**IT IS SO ORDERED.**

Dated this 11th day of January, 2019.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court