# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Maria De Jesus Harber, | ) |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Social Security Administration, | ) Case No. 1:18-cv-201 |
| Defendant. | ) |

On motion by defendant, the court issued an order on January 11, 2019, staying the above-entitled action until appropriations were restored to the applicable federal government agencies and Department of Justice attorneys were permitted to resume their usual civil litigation functions.

On January 29, 2019, defendant filed Notice of Restoration of Appropriations and Motion to Reset Answer Deadline.

The court lifts the stay and **GRANTS** the defendant's motion (Doc. No. 12). Defendant shall have until February 22, 2019. to file an answer to plaintiff's complaint.

**IT IS SO ORDERED.**

Dated this 30th day of January, 2019.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court