# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Maria De Jesus Harber, | ) |
| Plaintiff, | ) **SCHEDULING ORDER** |
| vs. | ) |
| Nancy A. Berryhill, Acting Commissioner of Social Security, | ) Case No. 1:18-cv-201 |
| Defendant. | ) |

**IT IS ORDERED:**

1. The Plaintiff shall have until April 26, 2019, to file a motion for summary judgment and supporting brief.

2. Defendant shall have until May 27, 2019, to file a motion for summary judgment and supporting brief.

3. Plaintiff shall have until June 14, 2019, to file a responsive brief.

Dated this 25th day of February, 2019.

> */s/ Clare R. Hochhalter*
> Clare R. Hochhalter, Magistrate Judge
> United States District Court