IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Maria De Jesus Harber, | ) |
| Plaintiff, | ) ORDER |
| vs. | ) |
| Social Security Administration, Kililo Kijakazi, Acting Commissioner of Social Security,[1] | ) Case No. 1:18-cv-201 |
| Defendant. | ) |

On August 23, 2021, plaintiff filed a Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. (Doc. No. 29). On August 31, 2021, the parties filed a Stipulation for EAJA Attorney Fees. (Doc. No. 33). The court **ADOPTS** the parties' stipulation (Doc. No. 33). Accordingly, the court **ORDERS**:

1. Plaintiff is awarded $3,000.00 for reasonable attorney's fees and $16.26 in expenses, under the EAJA.

2. Plaintiff is also awarded $400.00 for reimbursement of costs, which are payable by the Department of Justice's Judgment Fund.

3. In accordance with the EAJA and Astrue v. Ratliff, 560 U.S. 586 (2010), the EAJA fee award is payable to Plaintiff as the litigant and subject to offset to satisfy any preexisting debts that the litigant may owe to the United States.

4. Plaintiff's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act (Doc. No. 29) is deemed **MOOT**.

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi is substituted for Andrew Saul.

**IT IS SO ORDERED.**

Dated this 1st day of September, 2021.

>*/s/ Clare R. Hochhalter*
>Clare R. Hochahlter, Magistrate Judge
>United States District Court